FILED

Stefan Michalopoulos
4917 Scorpio Court
Bakersfield, CA, 93309
Ph: 805-535-6996
stefanmichal500@gmail.com

OCT 0 2 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MICHALOPOULOS "Pro Se" | ) |
| | ) |
| *Plaintiff* | ) Case No. 1:24-CV-01169-KES-CDB |
| | ) |
| vs. | ) |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| | ) |
| *Defendant* | ) |

### ORIGINAL COMPLAINT FOR DAMAGES
### UNDER THE FEDERAL TORT CLAIMS ACT

Plaintiff Stefan Jose Michalopoulos, now comes before this court and complain of the United

States Government as follows:

### JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

**1.** I, the Plaintiff Michalopoulos, am an American born resident of Kern County, Bakersfield,

California. I am 43 years old and this case started in March 2003 when I was 22 years old and

enlisted in the United States Navy. Please stop this case immediately to prevent further injury.

**2.** There are 2 sides to this case and obvious competing differences that need to be settled in

court. I have no criminal history and no criminal record whatsoever. I am not a threat nor have I

ever threatened anybody or anything. This surveillance case is mandated by the FBI "for life"

and it does not matter if I am innocent or not. I have begged and pleaded helplessly for 20 years

for the FBI to stop, pleading my innocence. But it turns out it doesn't matter to the FBI and they

1

know I'm 100% innocent. That is a true reckless disregard for the FBI's duty towards innocent Americans safety and wellbeing. The agents also have a duty to intervene and stop unconstitutional and discriminatory actions and prevent intrusion. This case is all about false claims of mental health disability, and the "FBI's mental health-terrorism hypothesis". There is no possible adequate redress for this case to clear my name. It will not stop unless mandated to do so by the District Court. This lawsuit is not for the purposes of trying to get away with anything I have done wrong. I am at a point where I must fight for my rights and freedoms because I am seriously worried about my life expectancy. I am not a lawyer and every lawyer I talk to has denied this case because as soon as I mention the "FBI", they automatically reject me. This case offends society's sense of justice and must be stopped. In this case you will learn what the FBI does to "dangerous terrorist targets that pose an imminent threat to the public and its agents". Please have an open mind for this extraordinary case. Every part of this claim is 100% accurate. This case must be stopped immediately to prevent further injury.

**3.** This extraordinary surveillance case "for life" is not because I have committed any wrongdoing in particular. It is solely due to the "FBI's mental health-terrorism hypothesis" or else the FBI would not be mandating surveillance "for life". If I did do something wrong, or violated any laws it would just be a simple investigation like any other, then either found guilty or innocent

and provide grounds for an arrest or I am free to go at that point. The government has thousands of extraordinary claims that the surveillance is necessary, later to find out that the claims are not true. Where there are discretionary decisions, there are also many abuses of discretion and discriminatory conduct. The FBI agents have been entrusted with extraordinary

power over people's lives and in this case the FBI has ultimately failed. Accountability and

oversight is needed to make sure these authorities are not abused. A system for oversight and

correction is needed for cases like my case in Intelligence matters and monitors how their

authority is being used for abuses and negligence. The Government's duty to safeguard

domestic security must be weighed against the potential danger that unreasonable surveillance

poses to individual privacy, security, and free expression. "Civil liberties, as guaranteed by the

Constitution, guarantees the existence of an organized society maintaining public order without

which liberty itself would be lost in the excesses of unrestrained abuses".

**4.** The claims herein are brought against the United States pursuant to the Federal Tort Claims

Act (28 U.S.C. 2671) and 28 U.S.C. 1346 (b)(1) for money damages as compensation for loss

of property and personal injuries that were caused by the negligent and wrongful acts and

omissions of agents and employees of the United States Government, *inter alia*, false

accusations, government overdramatization and reckless disregard for the truth, negligent tort,

retaliation, discrimination, abuse of discretion, civil rights violation, unreasonable search and

seizure, emotional distress, personal injury, harassment, due process violation, perjury, invasion

of privacy by intrusion, equal protection, grossly disproportionate cruel and unusual treatment

and punishment. The intentional infliction of what is legally called a form of psychological torture

and mental suffering and is defined as the "administration or application of mind-altering

substances or other procedures calculated to disrupt profoundly the senses or the personality".

Infliction of traumatic stress and traumatic fear of law enforcement since March, 2003. The

unlawful audio and video surveillance "for life" through government intentional unconstitutional

methods. For constitutionally impermissible reasons, when the FBI knows I am 100% innocent,

3

while acting within the scope of their offices and employment, under circumstances where the

defendant United States, if a private person, would be liable to the Plaintiff in accordance with the

laws of the state of California and the Constitution.

**5.** Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of

these claims occurred in Kern County, California, and arose from the initiation of false

allegations of "he thinks he's a Navy SEAL", which is an allegation of schizophrenia, not a crime

nor is it evidence a crime will be committed, and false claims that I am a "dangerous terrorist

target" just because of my size and that I used to enjoy health and fitness, was strong and had

excellent endurance when running. The FBI alleges I am a dangerous terrorist target that is an

imminent danger to the public and its agents due to the FBI's "mental health-terrorism

hypothesis". Not because I violated American laws. And dangerous because I am bigger and

stronger than average. Not because I violated American laws. These allegations are against

Stefan Michalopoulos by the defendant U.S. Government, FBI and its employees, maliciously

and without probable cause. It is a fact that the FBI knows that I am 100% innocent of the

allegations, do not have schizophrenia and 100% innocent of any criminal conduct. Even though

the FBI knows I am innocent, they insist on pursuing surveillance on an innocent individual. This

is the exact definition of government negligence.  Pursuing this surveillance "for life" on an

innocent individual is grossly disproportionate and is the definition of cruel and unusual treatment

and punishment.

**6.** Plaintiff has fully complied with the provisions of 28 U.S.C. 2675 of the Federal Tort Claims

Act.

**7.** This suit has been timely filed, in that the Plaintiff timely served notice of his claim on the FBI. Attached hereto and titled "Exhibit 1" is the administrative claim and STANDARD FORM 95.

## EVENTS FORMING THE BASIS OF THE CLAIMS

**8.** The claims of Stefan Michalopoulos are based upon the acts and events set forth below, all of which actions were taken (and events were caused) by investigative officers and other agency officials and employees of the U.S. Government and FBI while acting within the scope of their employment.

**9.** This is a case where I am not under a rest, there is no alleged misconduct or violation of American law. No probable cause whatsoever. I have been willfully and intentionally under audio and video surveillance in my home and work and followed all public places for the past 20 years and will be "for life". 24/7 Surveillance at home and at work, of cellphone and cellphone cameras, texts, computer, emails, locations, and followed to all public places, restaurants, pubs and bars "for life". And the FBI has the duty to warn the public about me "for life". The FBI agents' abuses of discretion to the point of perjury, making false accusations and misstatements to "make this case". Under 24/7 surveillance for allegations that is not a crime and the FBI is in violation of civil rights, constitutional, legal and procedural requirements and standards due to negligent and discriminatory conduct. I was "secretly" sentenced to my whole life of deprivation of my rights and freedoms without the chance to defend myself.

**10.** In the United States, mental health is Constitutionally impermissible reasons for being added to those watchlists. In the United States, Government Agents must follow HSPD-6 (Homeland Security Presidential Directive-6) which requires that the watchlists "be implemented in a manner consistent with the provisions of the Constitution and applicable laws, including those

protecting the rights of all Americans".

**11.** This case is a "Miscarriage of Justice" and "Police Perjury". Police perjury, sometimes euphemistically called "testilying", is the act of a police officer knowingly giving false testimony. It is typically used in a criminal trial to "make the case" against defendants, It can be extended to encompass substantive misstatements of fact, procedural misstatements to "justify" a search and seizure, or even the inclusion of statements to frame an innocent citizen. It has been said to be "lying under oath by a police officer to get a conviction". In this case the government's intentional inclusion of the misstatement was "He thinks he's a Navy SEAL". That was used by the FBI under oath to obtain warrants for 20 years for this surveillance. That misstatement is very misleading and very confusing to Federal Agents and Judicial review when obtaining warrants and distorts the truth.

**12.** I was added to the FBI's American Domestic "Terrorist Screening Dataset", by the FBI and the TSC (Threat Screening Center) and considered a dangerous terrorist target for the reason "He thinks he is a Navy SEAL" without a crime or probable cause relating to the addition to the watchlist. The Fifth and Fourth Amendments protect me in the United States. And for that reason, there must be a crime to establish the basis for probable cause required for a warrant for 24/7 surveillance in my home. And "He thinks he's a Navy SEAL" (1) is not true and (2) is not even a crime and is legally insufficient substantial evidence for Fourth Amendment probable cause requirements and reasonableness standards for a surveillance warrant. This makes the surveillance warrant for my case constitutionally void because of the protections of the laws of the United States. There is a "loophole" in the system because if I am on these watchlists, then I am automatically a National Security Threat even though there is no probable cause

whatsoever. Because I'm a National Security Threat that is enough to be used as probable

cause for the surveillance warrant affidavit under National Security even though I am an

innocent person and  there is no probable cause or corroborated evidence. That goes against

the Fourth Amendment probable cause clause reasonableness standards because ultimately

there is no crime in the first place to establish the basis for probable cause for a warrant affidavit

for surveillance. The US District Courts must look at the "totality of the circumstances" as

required for the determination of probable cause. *See Illinois v. Gates*

**13.** This case is grossly disproportionate government overdramatization of rumors from 23

years ago without me doing anything wrong. Not only extreme negligence, but cruel and
unusual

treatment and punishment to the point of a form of psychological torture and mental and
physical

suffering for many years that is actually worse than a jail sentence for life. This whole case is

outrageous!! The hundreds or probably thousands of FBI and government agents, analysts, and

investigators in this case in the past 20 years are guilty of gross negligence. Resulting in

extreme suffering for many years from cruel and unusual treatment and punishment. Resulting

in permanent brain damage, mental, physical, and psychological trauma, and traumatic fear of

law enforcement. Every single FBI agent, analyst and investigator knew I was innocent. The first

question that every one of them asks is "What did this guy do"!?!? The answer in this case has

always been "nothing, he thinks he's a Navy SEAL". Due to the FBI's false and discriminatory

"mental health-terrorism hypothesis", nobody cares that I'm innocent!! It is too obvious to any

reasonable person that the allegations are of mental disability and not a crime and is

discriminatory behavior. Nobody has cared for 20 years of this case!! The FBI is actually fighting

me in court now in order to continue this outrageous surveillance "for life" when they know I'm

innocent which is the most negligent behavior I have ever heard of. When the FBI has a duty to

the safety and wellbeing of innocent Americans, and they know I am an innocent American, why

are the FBI fighting me in court to continue this unlawful and unconstitutional surveillance "for

life" without probable cause?!!!???

**14.** Since March, 2003 I have been under video and audio surveillance and this surveillance is

mandated by the FBI "for life". (1) I am being falsely accused by the FBI of "he thinks he's a

Navy SEAL" based on rumors about me from 2003 and 2004 which is the definition of

schizophrenia. (2) Then discriminated upon and falsely accused of being a dangerous terrorist

target due to the FBI's false and  discriminatory "mental health-terrorism hypothesis" and

because I used to love going to the gym and enjoying health and fitness. I was seen as

dangerous because of my strength and endurance. Which is also discriminatory. I was put on

the International Terrorist Watchlist and the World Wide Target Watchlist for dangerous terrorist

targets. (3) I was then put on the FBI's domestic American Terrorist Screening Dataset by the

FBI and the TSC (Threat Screening Center). (4) Then the FBI mandates that even though I am

an innocent American, I must be under surveillance "for life" because I am a dangerous terrorist

target and I am an imminent danger to the public safety and its agents. This is extreme

negligence, grossly disproportionate, and a complete and reckless disregard for the truth

because ultimately I am an innocent American. (5) The FBI must now obtain warrants for the

surveillance. That means this case has become a criminal issue and I am no longer a

"suspected terrorist", I am now a "known terrorist" without even doing anything. Without
probable

cause. The warrants obtained for this surveillance are facially deficient and unlawful with false

8

information. (6) Then for "public safety" and the "safety of its agents", and for "National Security reasons", It is mandated that I must be minimized and neutralized as a threat. The FBI covertly administers mind-altering substances that impairs my ability to function normally. It gives me a substance induced "concussion" and a "fever" at the same time and makes me weak, sick and causes extreme pain. Like being poisoned. (7) Then for "public safety" the FBI has the duty to warn the public that I am crazy and a dangerous terrorist target at work and all public places when they know I am innocent. Making me a dangerous terrorist target to the public, my friends and my family, girlfriends and at work under false light because they know I am innocent of the allegations and innocent of any crime.

**15.** People with mental disorders or mental illness get discriminated upon as terrorist targets almost as much as Muslims do. It has been proven that a percentage of terrorists have mental disorders and illnesses, but there has never been evidence that it is more prevalent than the general population. Every study I have found is actually less percentage than the general population. This disproves the government's "mental health-terrorism hypothesis". This hypothesis has been abandoned by researchers and ultimately been deemed "unfair". There is no evidence that terrorists are predominantly mentally ill. However, there is evidence that all assessments on mental disorders and terrorism have a high risk of bias from the government and reflects challenges in conducting terrorism research. This mental health-terrorism hypothesis is nothing more than a baseless discretionary threat assessment and is false, discriminatory and is the same thing as saying I am a terrorist because I am Muslim.

**16.** Surveillance is not discretional. When surveillance is necessary, the case is now a criminal matter, governed and controlled by Federal Law and regulation and has procedural

requirements. Surveillance "for life" is unconstitutional.

    (a) Everybody has the potential to be a terrorist threat to the public whether there is a mental health issue or not. The circumstances of this case is denying me the right to equal protections of its laws.

    (b) The judicial magistrates do not have the authority and power to issue surveillance warrants "for life" because after a certain amount of time it is government intrusion.

    (c) The surveillance for this case is happening due to the FBI's false and discriminatory "mental health-terrorism hypothesis". It is baseless and without probable cause.

    (d) Due to its intrusive nature, audio and video surveillance warrants have strict time restrictions of 30 days, with possible extension of 30 days in order to meet Fourth and Fourteenth Amendments reasonableness standards. Any more than that is unreasonable. Surveillance for 1 year would be considered government intrusion, unreasonable search and seizure and a violation of the Fourth Amendment.

    (e) Surveillance "for life" without probable cause is grossly disproportionate and is government intrusion, cruel and unusual treatment and punishment, a violation of the Eighth Amendment.

    (f) It is clearly established that if there is no crime, then I am an innocent person and the FBI has no business whatsoever to intrude upon innocent Americans' private affairs. It is clearly established that if the FBI has no grounds for an arrest, then I'm free to go. It is negligent to pursue surveillance on an innocent person.

**17.** Warrants for surveillance are not discretional. The warrants for this case are all facially

deficient, have no crime relating to the warrant, and should never have been issued in the first

place. Warrants are a mandatory 2-step approval process requiring judicial magistrate review to

prevent government intrusion.

    (a) Mental health is a constitutionally impermissible reason for criminal surveillance, insufficient for the basis of probable cause. There must be criminal conduct for probable cause as per the Federal Rule of Criminal Procedure 41 (b). For video surveillance.

    (b) Mental health disorder is not evidence that crimes will be committed.

    (c) No warrant shall be issued in an uncertain context. If there is a particular threat, the affidavit must specify the threatening misconduct made by the individual. Allegations of a person being a threat just because of mental disability is unconstitutional and impermissible to be used as probable cause for a warrant. Mike Tyson can be considered a threat, but there is no evidence he is a criminal and must be under surveillance "for life".

    (d) There are 2 absolute requirements for warrants. (1) a name of the person being investigated and (2) a crime to investigate. Without a name there can be no warrant, without a crime, the person is innocent.

(e) For a warrant to be issued, the FBI has the burden of proving the allegations with evidence or an assurance that evidence of a crime will be obtained by the surveillance. This case has no crime and no evidence to be obtained. Simply government intrusion.

(f) Affidavits oath requirement is an assurance the information came from a reliable source. In this case, the information did not come from a reliable source and should never have been issued. The FBI knows that the information did not come from a reliable source.

(g) In this case, the FBI wrote under oath in the affidavit "he thinks he's a Navy SEAL" and "he's crazy" and "he got screwed up in the war". These are all false statements and the FBI knows the statements are false. This is a reckless disregard for the truth and perjury because it is a court document written under oath.

**18.** The circumstances of this case have deprived me of:

(a) The right to be presumed innocent
(b) The right to equal protection
(c) The right to freedom from discrimination from the government
(d) The right to freedom from public humiliation under false light at work, restaurants, pub, bars and public places
(e) The right to self determination over my own body. The FBI administers substances
(f) The right to privacy
(g) The right to freedom from harassment, especially from government intrusion
(h) The right to freedom from unreasonable search and seizure
(i) The right to be secure in my persons, houses, papers, and effects
(j) The right to a fair trial, defense, and adequate form of redress
(k) The right to freedom from false government allegations
(l) The right to freedom of thought
(m) The right to freedom from cruel and unusual treatment and punishment

**19.** I have the right to freedom from cruel and unusual treatment and punishment. The right to freedom protects against injustice by "Checks on Power". When citizens have the freedom to criticize government actions, it acts as a check against government abuses of power and promotes accountability.

**20.** The right to freedom allows individuals to seek legal remedies by reporting injustices and advocating for their rights in court.

**21.** The government has deprived me of my Constitutional rights. This is called intrusion and allows me to file a lawsuit as per the Civil Rights Act, 1871.

**22.** A person has the actionable right to be free from the tort invasion of privacy. Allowing me to sue for damages and relief. Invasion of privacy is a willful tort that constitutes a legal injury.

**23.** The Electronic Communications Privacy Act provides remedy for individuals victimized by unlawful surveillance. The victim may bring suit for compensatory damages, punitive damages, and equitable relief, if equitable relief can rectify the harm. In this case equitable relief is necessary to stop this illegal surveillance because the FBI intention is to have me under surveillance 'for life".

**24.** My placement on these Terrorist and Dangerous Target Watchlists and the unconstitutional "surveillance for life" has violated the Administrative Procedures Act, 5 U.S.C. 702, 706. That states "a person suffering legal wrong because of agency action or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof".

**25.** Under the circumstances of this case the Agency's breach of duty and failure to give me adequately detailed notice prior to the alleged misconduct prejudiced my ability to mount a meaningful defense and denied me due process. I was never given the right to confront my accusers and challenge their truthfulness and credibility.

**26.** The FBI mandates threats to the public be minimized and neutralized through whatever means deemed necessary. Whether legal or not. Basically the disarmament of my ability to attack the public or its agents in case of conflict. This is something that is not legal that the FBI does and happens very commonly. The FBI provides the training, money, manpower, and technology necessary and this is done within the scope of their duties. Not only that, but the FBI has special designated departments specifically for this kind of operation. The FBI gets away

with it because it is very hard to prove. The only way to prove is by mandate of discovery of

documents and files and asking the FBI in court if it is true. I have the right to compel the

documents and files regarding this operation in this case. I have the right to ask the FBI if this is

true in a court of law. This is actually really genius and is extremely effective way to neutralize a

threat that is strong and with high endurance. There is no way to prove mental and physical

suffering from the FBI's administration of substances. Since I used to work out a lot and enjoy

health and fitness, and kept getting stronger, and running faster and longer over the years, I

have been seen as a huge threat than just mentally disabled. This is what the FBI does to crazy

and dangerous terrorist targets. For the safety of the public and the safety of its agents, the FBI

mandates that I be drugged in order to minimize and neutralize the threat. Making me mentally

and physically immobilized, weak and tired 24 hours a day, 7 days a week. This is legally called

a form of psychological torture and mental suffering and is defined as the "administration or

application of mind-altering substances or other procedures calculated to disrupt profoundly the

senses or the personality". This is extremely negligent and grossly disproportionate and is cruel

and unusual treatment and punishment for someone that never did anything wrong. Just

because I enjoy health and fitness. My main motivation for working out was that beautiful

women like fit guys and I like beautiful women and dating. I loved feeling the highs of health and

fitness. It had nothing to do with hurting people. This is just a huge government

overdramatization and reckless disregard for the truth.

27. For many years The FBI enters my home on a regular basis and puts the substances in my

food, my deodorant, shampoo and body wash, my toothpaste, they spray it on my towels,

clothing, my bed and pillows, my work boots and shoes, they put it in my laundry detergent, they

even spray my bedroom floors with the substances, to be dermally ingested through my skin. (Just like nicotine is absorbed by the skin when wearing a patch). These substances affect my memory, coordination, disorientation, ability to run or exercise. It makes my brain feel like I have a substance induced "concussion" and a "fever" at the same time. Shutting down my brain. Like I got hit in the head with a baseball bat. Usually the first thing I notice is that my sense of smell and taste go away, not allowing me to taste the substances in my food. Then shortly after the meal or shower I get blurred and double vision and my ears start ringing and my head feels extreme pressure and I get a sick feeling like a concussion and hot and sweaty like a fever at the same time. Also causes insomnia keeping me awake every night, laying awake when all I can think about is the pressure in my head and the ringing in my ears and the sick feeling and concussion. Also testicular pain, my kidneys, liver, gut, and burning of my skin and eyes, and swelling and bloating. These substances immobilize me and have destroyed my life. Not allowing me to live properly, work or be a father to my children. These substances over time has made me sexually dysfunctional. There are different testosterone types that are bad for you in the substances the FBI is administering. It makes my testicles the size of raisins and my nipples hurt, constant testicular pain, constant dry mouth which are side effects of testosterone and estrogen conversion. It makes me feel extremely physically weak and tired and useless. Causing extreme bloating and uncontrolled weight gain, muscular dystrophy (the degeneration of my muscles) and over time not being able to work any more or enjoy health and fitness. I can't even run anymore and can barely walk. This is a very effective way of making a dangerous terrorist target into nothing and destroying my wellbeing. I can't even live, think or function like a normal human being any more because of this drugging operation. I have gut pain

14

on a regular basis, bladder infection problems, my kidneys hurt like bad back pain, my liver

hurts and my blood pressure is dangerously high from these substances. This is the leading

cause of heart attacks. I am truly worried about my health and my life expectancy. In a way the

FBI is literally slowly poisoning me to death. This has rendered me permanently useless. With

permanent damages to my body, brain damages and traumatic stress and traumatic fear of law

enforcement. This is a form of torture!! Extreme mental and physical suffering!!! This whole

case is outrageous and must be stopped!!! I'm not a dangerous terrorist!!!!!!!!

**28.** Administering substances and putting the dangerous target into a constant state of

substance induced concussion is a very effective way of minimizing and neutralizing any

physical threat to the public and its agents in case of conflict. I actually agree that this treatment

is absolutely necessary to targets that are actually a real threat to the public and its agents, but

is the exact definition of grossly disproportionate cruel and unusual treatment and punishment

when done to an innocent American. It is cruel, inhumane, grossly disproportionate, disturbing,

unwarranted, unjustifiable, abusive, unreasonable treatment and punishment. It has destroyed

my life, everything I have ever cared about has been lost and I have been unable to be a normal

human being, I got permanent brain damage, organ damage, health and body damages.

Psychological trauma, traumatic stress and traumatic fear of law enforcement. I agree that real

dangerous terrorist threats deserve this treatment and punishment by the government but not

innocent Americans.

**29.** In 2019 on the Island of St. Croix, the FBI wanted me to leave the tiny island because it is

such a small community. Leave the island for the safety of the people and its own agents even

though I never did anything wrong. The FBI administered strong concentrations of testosterones

and substances causing me to overdose for many months consecutively, causing extreme mental and physical pain, organ pain and testicular pain. This caused permanent brain damage and damage to my kidneys, liver, my gut and heart, testicles, and my blood pressure was dangerously high. It was the worst testicular pain I have ever experienced in my life. Words can not describe the testicular pain I experienced, it was worse than a broken leg and for many months. I was hospitalized but there was nothing the doctors could do. In November 2019 I didn't know what to do anymore, so I ran away to Canada again to visit my brother. The Special Investigations Unit (Non - Government Independent Investigations Agency) the "Internal Affairs" that investigates Police and Government Agencies, interrogated me when I arrived in Canada. They told me everything about my case and what is in my FBI files from when I lived in North Dakota, California, Texas and St. Croix. They said the FBI from St. Croix sent an APB (All-Points Bulletin) to warn the Canadian government I was coming, what flight I was on, what I was wearing, saying that "He is a dangerous target", that "We had him on high doses of testosterones and other substances for our own safety on the island because it's so small", and that "He knew everything about our operation", and that " He is definitely not a Navy SEAL". The SIU (Special Investigations Unit) said I was 100% innocent. That they never heard of anything like this before because it's not supposed to be happening. That this case can be defined as conspiracy. An inter-department restraining order was placed on this case but it did not last long. Without probable cause the CSIS (Canadian Security and Intelligence Service) insisted I am dangerous to the public and its agents "for life" even though I never did anything wrong and I was 100% innocent.

**30.** This case is gross negligence. Negligence is the failure to exercise reasonable care. Gross

negligence is reckless disregard and departure from standard and reasonable care causing intentional injury.

**31.** The deviation from the FBI's duty in this case is that when a person is under investigation and the FBI has no probable cause for an arrest, I am then free to go. After 20 years with no probable cause for an arrest, this case has become grossly unwarranted, grossly disproportionate, and has become intentional gross negligence with intentional injury, cruel and unusual treatment and punishment.

**32.** This case deviates from standard procedure because there's no crime to be investigated in the first place. The judiciary magistrates erred in issuing the warrants for this case.

**33.** I have had the privilege of reviewing my whole file since the beginning of my case, starting when the government intercepted phone calls from military bases overseas to my brother saying I was going to Barcelona, Spain. On the day I said I was going there with the military, was a Saturday, there were subway bombings in Barcelona in 2004. The government thought the military knew about those bombings just because of those phone calls. My intentions and conversations were just talking about the free helicopter rides I used to take from Sicily to Spain and back and to Naples. Everything gets misinterpreted.

**34.** Because I am being accused of mental health problems, everything I do gets misinterpreted as me doing it due to my mental health problems, me being "crazy" and especially "He thinks he's a Navy SEAL". The FBI and investigators have always looked for signs of behavior they can relate to that accusation and document it. Entries into my file are biased and full of prejudices. For example, when I used to work on an oil rig, I used to be very polite and helpful, often doing my job and immediately helping others with their jobs because it was tough, under

17

extreme weather conditions, very tiring work and very heavy lifting all day long. This was much

more productive and it made me feel good to be helpful to others with their jobs. When the FBI

watches me, they are documenting that I am an overly hard worker, only somebody with mental

problems works like that because I think I'm a Navy SEAL. It was literally documented in my

files that " out of the 2000 or so rig workers in the area, he's the best one", and "he used to do

the work that only one other guy could do, and that guy was in many strong man competitions".

What the FBI didn't realize is that I was working hard to keep my job. The amount of work

depended on the price of oil. When the price of oil drops, there's no work for us and only the best

workers keep working. The rest are laid off. When I used to go to the gym and work out, I used

to work out enthusiastically. I used to lift heavy weights and run for 40 minutes or more at a time.

The main motivation for this was that beautiful women like fit guys and I liked beautiful women.

Also I loved the great feeling of health and fitness. To the FBI watching me, I am said to work out

hard because "I think I'm a Navy SEAL". The FBI relates everything I do to "he thinks he's a

Navy SEAL". This is a huge nightmare. It was documented in my files in October, 2017 how "He

used to work out hard and run for 30 minutes or more at a time because he thinks he's a Navy

SEAL". Also in 2019 the FBI refers to my size in my files saying that "he did growth hormone

when he went to Brazil and when he came back he was twice his size". After many years of

this, for an investigator to open up my file and review it, he sees "he thinks he's a Navy SEAL"

everywhere. On the Island of St. Croix in 2019 I swam to another island called Buck Island,

which was a very long swim, many miles. It says in my files that "I almost drowned". The FBI

watched me do it and wrote in my files that I think I'm a Navy SEAL. I was swimming there

because it has beautiful reefs and is an underwater national park with beautiful marine life. I get misinterpreted in everything I do and documented in such a way. It's a nightmare. Today, the FBI has 20 years of misinterpreted and misinformation about me. I have seen pretty much my whole file since the beginning and most entries into my file are a misstatement relating to me thinking I'm Navy SEAL and the truth ignored. When I remember the events and my motivations were completely different than written about me. For example, my enjoying health and fitness to look good for my beautiful girlfriend was misinterpreted in my file as craziness and me training for terrorism.

**35.** All the FBI agents have made the same pattern of mistakes in this case. The misinterpretations, the biased entries into my files, looking for behavior patterns to relate to the accusations, The same deviations to standard procedures, The same discriminatory behavior thinking the mental health-terrorism hypothesis is a real true fact. The new FBI agents not only read about it in my files, but end up contributing in the same fashion as everybody else in the past, contributing to the same mentality as the case gets passed onto the next agents. The psychologists in this case proving my mental health problems have made the same mistakes as every other FBI agent on this case with the misinterpretation of my actions when the FBI has a list of things of documented things like my work and my working out and my love for swimming being misinterpreted in the first place telling them I do things because I think I'm a Navy SEAL. During 2 interrogations by a "retired military psychologist" working for the FBI in 2019 in St Croix, it didn't matter what I said to him. I tried to tell him the truth that I was just stationed in Italy and a part of a Helicopter Combat Support Unit. That I had the best time of my life there. He had his mind made up already by what the FBI told him about me and the list of

things that relates me to thinking I'm a Navy SEAL. Also that I was "screwed up in the war". Like

"drinking the FBI's coolaid" in front of him. He made his own conclusions that I was screwed up

in the war because I never talked about it but the FBI did. I tried to tell him I was never deployed

to any war but he just thought I was refusing to talk about it with him. I could tell by his questions

he was not listening to me. Then the psychologists make the same biased mistakes as well and

have developed into a mental culture within the agents and people involved in this case. Just
like

high school kids thinking somebody is a loser. Then biased determinations are made that I am

"crazy". Everybody in this case has a reckless disregard for the truth. All the biased

misinformation, discriminatory conduct, biased mistakes, and deviations from standard

procedures have been widely accepted by the government agencies and judicial magistrates

issuing facially deficient warrants with no crime committed or probable cause.

**36.** Other cases relating to the Terrorist Screening Dataset and misconduct:

Chebli v. Kable (2021), FBI v. Fikre (2024), Long v. Pekoske (2022), Latif v. Holder (2014),

Franks v. Delaware,

## VIOLATION OF FEDERAL TORT CLAIMS ACT

**37.** Plaintiff incorporates by reference herein all allegations set forth above.

**38.** The acts and events set forth above constitute negligent and wrongful acts and omissions of

agents and employees of the United States Government, *inter alia*, false accusations,

government overdramatization and reckless disregard for the truth, negligent tort, retaliation,

discrimination, abuse of discretion, civil rights violation, unreasonable search and seizure,

emotional distress, personal injury, harassment, due process violation, perjury, invasion of

privacy by intrusion, equal protection, grossly disproportionate cruel and unusual treatment and punishment. The intentional infliction of what is legally called a form of psychological torture and mental suffering and is defined as the "administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personality". Infliction of traumatic stress and traumatic fear of law enforcement since March, 2003. The unlawful audio and video surveillance "for life" through government intentional unconstitutional methods. For constitutionally impermissible reasons, when the FBI knows I am 100% innocent, while acting within the scope of their offices and employment, under circumstances where the defendant United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the state of California and the Constitution.

## DAMAGES

**39.** Plaintiff Stefan Michalopoulos has suffered the following injuries for which he seeks full compensation under the law:

(a) Damages to reputation
(b) Constant testicular pain
(c) Permanent brain damage
(d) Permanent testicular damage and natural sexual dysfunction
(e) Permanent damage to my body, organs, liver, kidneys, gut and heart
(f) Permanent damage to my muscles, causing muscular dystrophy for many years
(g) Living a horrific lifestyle getting drugged every day and helplessness, tormented
(h) The loss of everything in my life and never being able to work or be a father
(i) Traumatic stress and traumatic fear of law enforcement and their unfair bad decisions towards innocent people
(j) Emotional distress, humiliation and constant depression
(k) Has eroded my self esteem, constant criticism, relentless negativity, and constantly judged, has hindered my personal growth and happiness for 20 years
(l) Financial loss from not being able to work properly for the past 20 years and future financial loss from not being able to work properly in the future due to physical and brain damages
(m) False allegation that I am a terrorist or... associated with terrorist activities and "crazy"

**40.** The effects of the administration of substances are torturous. The effects on my brain and organs have gotten worse over the years. I have overdosed on the substances containing testosterone too many times in the past and has made my brain and organs very sensitive. I have been hospitalized many times due to the ingestion of these substances, gut pain, heart and

testicular pain. It is now to the point of torture for me because of the sensitivity of my brain and frequent daily pain in my gut, testicles, kidneys, liver, and heart. Not only do I get the effects calculated by the FBI to impair my brain and body, but I also get the overwhelming overdose effects in my brain and organs. Making it 100X worse. Not only that, but extreme bloating and uncontrollable weight gain. Gaining 120 lbs just in the past few years and I can barely walk anymore. My body has fallen apart not able to process the substances like it used to be able to and is causing serious pain and suffering 24 hours a day, 7 days a week. It has destroyed my metabolism and reshaped my whole body in just a few years. Sexual dysfunction, weakness and muscular dystrophy. Also causes insomnia, lack of sleep and the effects of lack of sleep.

**41.** The substance induced concussion, ears ringing, disorientation, memory problems makes me useless. Most of the time I am not physically or mentally capable of even grocery shopping because I don't know how at the time, or even leaving my bedroom. It has impaired me from health and fitness, failed marriage due to these substances, unable to secure a future for myself or my family no matter how hard I tried. Impaired me from working, I live a horrific lifestyle getting drugged every day. Never able to feel happy, always depressed, stopped me from taking care of my children and my sister when she needed me and she committed suicide. It stops me from having friends and relationships. The everyday organ pain, testicles, kidneys, liver, heart. Extreme unsafe blood pressure levels associated with these substances. Fear of heart

problems and life expectancy, fear of the substances themselves, traumatic stress, traumatic

fear of the law enforcement that is doing this to me every day. Also insomnia.

**42.** How can I go grocery shopping when in a state of substance induced concussion, ears

ringing, disoriented, memory problems and I don't remember how to do it. How can I be a father

or a husband or a productive worker at work if I don't know how. When I can't even go grocery

shopping. If I don't have the mental capacity to do so. Also due to the muscular dystrophy over

the years, I can no longer enjoy physical fitness and run like I used to. I can barely walk now.

My life is nothing but suffering, organ and constant testicular pain, mental and psychological

torture 24 hours a day, 7 days a week due to the FBI's administration of substances. My life is a

true nightmare.

**43.** Since overdosing in 2019, every day for many years now and until present day, I have

testicular pain from the FBI administration of these substances containing variations of

testosterones.

**44.** I have developed over time and from overdosing so many times an allergy to these

substances. I don't even have to touch it and I feel it. Just being around it I can feel my eyes

swelling and burning, my ears start ringing and my body swelling. It burns my skin when I touch

it, feeling like a fever, sweating and hot feeling of sickness and substance induced concussion.

When I shower my skin gets so red that I look like a lobster. My ears start ringing right away, the

pressure in my head is unbearable, causes disorientation and memory problems immediately.

My eyes bloodshot and swollen, kidney pains and heart pains, followed by testicular pains. Not

only has it caused permanent brain damage and damage to my body, organs and testicles, I get

the side effects from that damage plus the side effects of allergic reaction, which also causes

organ dysfunction, inflammation and can be fatal. There is no way for me to get away from these substances. The FBI puts it in my food, prescription pills, sprays it on my bed, towels, body wash, toothpaste, deodorant, all my clothes, work boots, shoes, my toilet paper, the ice in the freezer, milk, ect. The FBI watches me shower and knows if I am using the body wash, drying myself with the towels, eating the food, sleeping in my bed, ect. They know if I am using the substances and if I am not, they will even spray my floors with it, spray my car seats, ect. Everything I own and touch and eat has these substances giving me organ failure and pain, testicular pain, body swelling, brain damage, substance induced concussion, and allergic reactions. My life is a true nightmare caused by the direct actions of the FBI.

**45.** As a direct result of the actions of the government, "I have been greatly distressed, humiliated and embarrassed. I have sustained intense and severe mental suffering and distress, and have been rendered extremely nervous, depressed and upset, seriously impairing my mental and physical condition for more than 20 years. It has caused shame, fear, uncertainty, and denigration as a dangerous terrorism suspect. Extreme emotional distress and feeling of helplessness and confusion for more than 20 years without knowing what to do. Constant destructive actions to my reputation everywhere I work and everywhere I go for the past 20 years. My life has been a nightmare and there's nothing I could ever do about it and I can never get back the life that has been taken from me. There have been many serious psychological consequences such as serious anxiety, loneliness, unexpressed anger, sadness, shame and guilt that followed. Creating a state of learned helplessness, psychological regression, traumatic stress and depersonalization. I understand this experience for the past 20 years is not torture because I am not detained, but it is grossly disproportionate cruel and unusual treatment and

punishment and has resulted in similar levels of permanent physical and mental damage".

Traumatic fear of law enforcement.

**46.** A cause of action for privacy and the tort invasion of privacy in this case allows me to

recover damages for (1) deprivation of my solitude and seclusion (2) that my private life is

publicly given, allowing recovery for the harm resulting to my reputation from the publicity (3)

that I am publicly "placed in a false light", allowing me to recover damages for the harm to my

reputation from the position in which I am placed. (4) I am also entitled to damages for emotional

distress and humiliation. The disclosed matter in this case was private and not of legitimate

concern to the public. Also the information disclosed was all misstatements "placed in a false

light" about me that mislead and distort the truth and are highly offensive. The FBI knows I am

100% innocent.

## **PRAYER FOR RELIEF**

**47.** WHEREFORE, I, the Plaintiff Stefan Michalopoulos is entitled to damages from the United

States, and I do hereby pray that judgment be entered in my favor and against the United

States as follows:

- (a) Monetary damages set forth in this case in the amount of $500 000 000.00
  (Five Hundred Million Dollars)
- (b) Equitable relief. An injunction to have me removed from all domestic and international
  watchlists (based on the current available information) to prevent this surveillance from
  following me domestically and internationally when I decide to travel abroad.
- (c) To quash and traverse the warrants as constitutionally void, the evidence "fruits of the
  poisonous tree" to be destroyed as though I was never under surveillance of any kind.
- (d) The costs of this action, including all applicable taxes.
- (e) And such further and other relief as this Honorable Court may deem just.

_____    Date: October 2, 2024

Stefan Michalopoulos "Pro Se"        This COMPLAINT is signed under penalty of perjury.

25



**U.S. Department of Justice**

Federal Bureau of Investigation
Los Angeles Division

---

*Office of the Chief Division Counsel*
*(310) 996-3386*

*11000 Wilshire Boulevard, Suite 1700*
*Los Angeles, California 90024*

September 9, 2024

<u>**Via Certified Mail (9589-0710-5270-2162-3949-49)**</u>
Stefan Michalopoulos
4917 Scorpio Court
Bakersfield, CA 93309

  *Re:* *Administrative Claim for Personal Injury, Date of Loss: March 2003 to*
     *September, 2024*

Mr. Michalopoulos,

  The FBI has determined that your claim for personal injury presented on August 29, 2024, for the sum certain amount of $500,000,000 will be and must be denied.

  28 C.F.R. Section 14.9(a) requires us to inform you that if you are dissatisfied with our decision, you may file suit in an appropriate U.S. District Court no later than six (6) months after the date of mailing of this letter.

  If you have any questions regarding this matter, please contact the Legal Unit at (310) 996-3386.

         AKIL DAVIS
         Assistant District in Charge

  By:  MICHAEL C. DEHNCKE
         Chief Division Counsel

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| FBI Los Angeles Legal Unit  11000 Wilshire Blvd., Ste. 1700 Los Angeles, CA 90024 | Stefan Michalopoulos 4917 Bakersfield, CA 93309 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 16 Oct 1980 | Divorced | 2003 ---        Ongoing | NONE |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

I have been under video surveillance by the FBI for more than 20 years with no warrant and no legitimate probable cause. The intention of the FBI is to have me under surveillance "for life". There is no specific evidense of criminal conduct for investigation or to obtain a warrant for video surveillance in my home. The FBI then lies about me and calls me "crazy" to hold me guilty of something that does not constitute a criminal offense and target me under the false guise of national security

9.                                                              PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

NONE

10.                                                    PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Invasion of privacy is a willful tort that constitutes a legal injury. Mental suffering and emotional distress for more than 20 years. Deprivation of my solitude and seclusion for more than 20 years. Intrusion, FBI making me guilty of something that does not constitute a criminal offense, depression, anxiety, helplessness, emotionally disturbed, anger, sadness for more than 20 years

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| FBI | NONE | |

12. (See instructions on reverse).                    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| NONE | $500,000,000.00 | NONE | $500,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 805-535-6996 | Aug 19, 2024 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

NONE

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    | 17. If deductible, state amount.

NONE

NONE

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

NONE

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

NONE

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of claims for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**