UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MICHALOPOULOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01169-CDB<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS SHOULD NOT BE DEEMED UNOPPOSED<br><br>(Doc. 30)<br><br>**10-DAY DEADLINE**<br><br><u>Clerk of the Court to Effect Service of a Filing</u> |

On January 21, 2025, Defendant filed a motion to dismiss Plaintiff's complaint. (Doc. 30). Pursuant to Local Rule 230(c), Plaintiff had 14 days to file an opposition or a statement of non-opposition to the motion. To date, Plaintiff has failed to do so and the time to respond to Defendant's motion has passed. The Court acknowledges that Plaintiff filed a document titled "opposition to motion to dismiss" on December 30, 2024 (Doc. 28), but this filing predates Defendant's motion.

In a filing titled "request for entry of default" on February 21, 2025, Plaintiff claims he was not served by Defendant with the motion to dismiss. (Doc. 31 at 3). However, this is contrary to the proof of service filed with the motion itself, which indicates service by mailing on January 21, 2025, to Plaintiff's address as listed on the docket. (Doc. 30-2).

///

**Conclusion and Order**

Accordingly, the Court HEREBY ORDERS as follows:

1. **Within ten (10) days**, Plaintiff shall show cause in writing why Defendant's motion to dismiss (Doc. 30) should not be deemed unopposed. Alternatively, within that same time, Plaintiff may file an opposition or a statement of non-opposition to Defendant's motion to dismiss.

2. As a one-time courtesy only, the Clerk of the Court is directed to include with the service copy of this order a copy of Defendant's motion to dismiss (Doc. 30).

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **February 25, 2025**

UNITED STATES MAGISTRATE JUDGE