UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MICHALOPOULOS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01169-CDB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 39) |

Plaintiff Stefan Michalopoulos, proceeding pro se, initiated this action with the filing of a complaint against Defendants the United States of America and Federal Bureau of Investigation ("FBI"). Upon consent of the parties, the matter was reassigned to a United States magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c)(1). (Doc. 20).

On October 14, 2025, the Court issued an order granting Defendants motion to dismiss, denying Plaintiff's motion for default judgment, dismissing the United States of America and the FBI from the action as immune and improper defendants under the Federal Tort Claims Act, dismissing Plaintiff's complaint, and granting Plaintiff leave to amend his complaint. (Doc. 39 at 20). In the Court's order, Plaintiff was directed to either file an amended complaint or a notice of voluntary dismissal. *Id.* Plaintiff was admonished that the Court would dismiss this action with prejudice for failure to state a claim unless Plaintiff timely complied with the Court's order. *Id.*

The deadline for Plaintiff to file either an amended complaint or notice of voluntary dismissal has passed and Plaintiff has failed to make any filing in accordance with the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. Therefore, the Court will dismiss this action with prejudice. *See Edwards v. Marin*

*Park, Inc.*, 356 F.3d 1058, 1063-65 (9th Cir. 2004) (stating that a plaintiff's failure to take any action in response to a court's ultimatum to the plaintiff to either amend the complaint or indicate to the court that it will not do so "is properly met with the sanction of a Rule 41(b) dismissal").

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED with prejudice for Plaintiff's failure to state a claim upon which relief may be granted; and
2. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **November 24, 2025**            _____
                                          UNITED STATES MAGISTRATE JUDGE